■ In the Matter of ROGER A. LEVY (Admitted as ROGER LEVY), a Suspended Attorney. [714 NYS2d 658] —Motion granted to the extent of reinstating petitioner as an attorney and counselor-at-law in the State of New York, effective the date hereof. No opinion. Concur—Rosenberger, J. P., Williams, Tom, Mazzarelli and Saxe, JJ.